UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Michael L. Larkin</u>

   v.                                                              Case No. 19-cv-01024-LM

<u>Spencer Christie, et al.</u>

## REPORT AND RECOMMENDATION

Before the court is pro se plaintiff Michael L. Larkin's amended complaint (Doc. No. 4) filed pursuant to 42 U.S.C. § 1983. The complaint is before this magistrate judge for preliminary review. See 28 U.S.C. §§ 1915(e)(2), 1915A; LR 4.3(d)(1).

Larkin filed the complaint while housed at the Strafford County Department of Corrections ("SCDC"). According to the docket in this action, Larkin was released from the SCDC in February 2020, and the docket in another case in the District of New Hampshire indicates that Larkin was incarcerated at the Worcester County Jail in Massachusetts in April 2020.

On June 8, 2020, the court entered an order (Doc. No. 9) providing Larkin thirty (30) days to file a notice updating his address in this case, as required by LR 83.6(e). The court also notified Larkin that his case may be dismissed upon further preliminary review if he did not comply with the court's order. See June 8, 2020 Order (Doc. No. 9), at 1. As of this date,

1

Larkin has not filed a notice updating his address in this case.

It appears Larkin may have abandoned this action. He did not file a notice updating his address as directed by the court within the time allowed, and he has had no contact with the court in this case since November 2019, see Doc. No. 8.

The district judge should therefore dismiss Larkin's amended complaint, without prejudice, and direct that the clerk's office enter judgment and close this case, because of Larkin's failure to comply with the court's June 8, 2020 Order (Doc. No. 9) and his apparent failure to prosecute. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). That period may be extended upon motion. Failure to file objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

July 17, 2020

cc: Michael L. Larkin, pro se